AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTIAN THOMAS,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:25-CV-00008

SHERIFF JOHN T. WILCHER

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated March 7, 2025, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Plaintiff's Petition for Writ of Habeas Corpus is dismissed and Petitioner is denied in forma pauperis status on appeal. This case stands closed.



| 3/7/2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |

*(signature)*

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020